IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAKOTA Z. LITTLE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RIVERVIEW AUTOMOTIVE GROUP, INC.,<br><br>　　　　Defendant. | Civil Action No.<br>2:21-cv-00652-CRE |

## JOINT STIPULATION OF DISMISSAL

**To the Clerk of the United States District Court for the Western District of Pennsylvania:**

The Plaintiff and the Defendant, by their respective attorneys, stipulate and agree that the above-captioned case is voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41(a), the parties to bear their own costs and attorneys' fees.

**SO STIPULATED AND AGREED:**

| | |
|---|---|
| ROTHMAN GORDON P.C. | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| */s/ Samuel J. Cordes*<br>Samuel J. Cordes<br>310 Grant Street, Third Floor<br>Pittsburgh, PA 15219<br>Telephone:  (412) 338-1163<br>Facsimile: (412) 281-7304<br>SJCordes@rothmangordon.com | */s/ Chloe C. Zidian*<br>Chloe C. Zidian<br>Sunshine R. Fellows<br>One PPG Place, 28th Floor<br>Pittsburgh, PA 15222<br>Telephone:  (412) 301-1036<br>Facsimile: (412) 567-5494<br>Chloe.Zidian@lewisbrisbois.com<br>Sunshine.R.Fellows@lewisbrisbois.com |
| *Attorney for Plaintiff, Dakota Z. Little* | *Attorneys for Defendant,*<br>*Riverview Automotive Group, Inc.* |